# MINUTE ORDER

Page 18

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor    Date: 11/16/2021  Time: 2:00 p.m.

Defendant: 3)FRANKLIN J. MINA-VALENCIA    J#: 67097-018    Case #: 21-MJ-4226-OTAZO-REYES (SEALED)

AUSA: Annie Martinez    Attorney:

Violation: Warr/ED/TX/Indictment/Conspiracy to Manufacture /Distribute a Controlled Substance, Intending, Knowing, Having Reasonable Cause to Believe it would be Unlawfully Imported into the U.S

Surr/Arrest Date: 11/15/2021    YOB: 1994

Proceeding: Initial Appearance    CJA Appt: David Donet, Jr.

Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond: PTD

Bond Set at: Temporary PTD    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: Spanish

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Disposition:
Brady Warning
Case Unsealed
Rights Sworn
Indigent
CJA csl appt

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing: 11/19  10:00 a.m.  Duty  Miami
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:13:40, 16:25:36, 16:39:39    Time in Court: 10 min

s/Alicia M. Otazo-Reyes    Magistrate Judge